30  339<br>e58  209

DELERHE P. CUBBERLY and others, appellants.

*v.*

WILLIAM GLADING, respondent.

*Mr. B. D. Shreve,* for appellants.

*Mr. F. Voorhees,* for respondent.

Lyon *v.* Bower.

Per Curiam.

This decree unanimously affirmed, for the reasons given by the chancellor in the case below, 2 *Stew.* 104.